01-62 JMR

12-03-04

Judge Rosenbaum:

When you sentenced me my attorney and I both understood that you agreed to give me six months jail credit for my original violation and the current bank robbery charges. After I got here to Oxford, the records people missunderstood that, and I'm serving six more months than you told me I would have to serve I don't know anything about the legal forms or appeal process, so I'm asking you to look at my transcripts, and please ask the records department here to recompute my sentence to include the six months jail credit you promised me during sentencing.

I am enclosing my transcript pages where it is mentioned and the letter from the records office here.

Thank you for any consideration you may give me in this matter.

Respectfully
D. Bolin
Donald L. Bolin

Donald L. Bolin - 00747-178
Federal Correctional Institution
P.O. Box 1000 - Oxford, WI. 53952-1000

SCANNED
DEC 3 0 2004
U.S. DISTRICT COURT MPLS