UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CR-62(JMR)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| David Bolin | ) | |

The Court construes defendant's December 3, 2004, letter as a request to direct the Bureau of Prisons to recalculate his sentence.

The Court declines to do so. Defendant's sentence is condign.

IT IS SO ORDERED.

Dated: January 4, 2005

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge