UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-62 (JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| DONALD BOLIN, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

01-62

Defendant Name

Donald Bolin

Remove AUSA

James E. Lackner

Add AUSA

Nicole A. Engisch

Dated: October 24, 2005

THOMAS B. HEFFELFINGER
United States Attorney

S/ Nicole A. Engisch

BY: NICOLE A. ENGISCH
Assistant U.S. Attorney
Attorney ID No. 215284