# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2005, I served, or caused to be served, the following documents:

**GOVERNMENT'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO VACATE 2255**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Donald Lee Bolin
#00747-178
Federal Correctional Institution
PO Box 33
Terre Haute, IN 47808

THOMAS B. HEFFELFINGER
United States Attorney

s/ Allison R. Larson

BY: A. R. Larson
Legal Assistant