01 Cr 62
USA v Bolin
JMR/FLN
12-11-05

Your Honor:

I don't quite understand and/or agree with the government response to my 2255 appeal. To start with, the decisions affecting me weren't around, within the one-year limit after my court hearings.

When I went to elementary school in St. Louis, they taught us that there are three levels of government in the United states; local, state, and federal. We were told that the federal branch was the most powerful, and that federal laws, the U.S. Constitution and its amendments applied to all citizens of all 48, and then 50 states, the same. How can a heroin conspirator in St. Louis not receive the career offender, but a bankrobber in Minneapolis does receive it? I was taught that federal laws, rules, etc. apply equally to us all...

Regardless of the government's opinion of my request, are you still in a position to modify my current sentence? For the first time in my life, I am planning on straightening out this time, so I won't have to come back - I've never thought like that, before. Maybe its age, or the thought of dying in here, but I am finally ready to follow the rules.

Is there anything left to my 2255, or does it end with the government's response?

Sincerely,
D. Bolin

SCANNED
DEC 23 2005
U.S. DISTRICT COURT MPLS

Donald L. Bolin - 00747-178
F.C.I. Terre Haute - Box 33
Terre Haute, IN. 47808-0033