# UNITED STATES DISTRICT COURT

## District of Minnesota

United States of America,

Plaintiff,

v.

Donald Lee Bolin,

Defendant.

**Case No. CR 01-62 JMR/FLN**

**JUDGMENT IN A CRIMINAL CASE**

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED**

1. Mr. Bolin's motion for relief pursuant to 28 U.S.C. § 2255 is denied with prejudice. [Docket No. 31]
2. No Certificate of Appealability shall issue.

Date: June 7, 2006

RICHARD D. SLETTEN, CLERK

s/ LP Holden

(By) LP Holden, Deputy Clerk